# EXHIBIT

# "A"

Case 8:13-cv-02055-VMC-EAJ   Document 4-1   Filed 08/16/13   Page 2 of 2 PageID 41

**English**    **Customer Service**    **USPS Mobile**    Register / Sign In

Search USPS.com or Track Packages

**Quick Tools**
Track & Confirm
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9410803699300034245332 | Priority Mail® | Delivered | August 20, 2012, 10 21 am | PALOS VERDES PENINSULA, CA 90274 | **Expected Delivery By** August 18, 2012 Signature Confirmation™ **Proof of Delivery** |
| | | Out for Delivery | August 20, 2012, 9 30 am | PALOS VERDES PENINSULA, CA 90274 | |
| | | Sorting Complete | August 20, 2012, 9 20 am | PALOS VERDES PENINSULA, CA 90274 | |
| | | Arrival at Post Office | August 20, 2012, 6 38 am | PALOS VERDES PENINSULA, CA 90274 | |
| | | Depart USPS Sort Facility | August 20, 2012 | LOS ANGELES, CA 90052 | |
| | | Processed through USPS Sort Facility | August 20, 2012, 12 22 am | LOS ANGELES, CA 90052 | |
| | | Depart USPS Sort Facility | August 17, 2012 | TAMPA, FL 33605 | |
| | | Processed at USPS Origin Sort Facility | August 16, 2012, 11 34 pm | TAMPA, FL 33605 | |
| | | Accepted at USPS Origin Sort Facility | August 16, 2012, 10:19 pm | TAMPA, FL 33614 | |
| | | Electronic Shipping Info Received | August 15, 2012 | | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.