AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Carissa McConnell | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 8:13-CV-2055-T-33 EAJ |
| Swift Funds, LLC et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Swift Funds, LLC
c/o Agent: Marie Anne Petree
3432 Palo Vista Drive
Ranco Palos Verdes, CA 90275-6158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James S. Giardina, Esq.
The Consumer Rights Law Group
3104 West Waters Avenue
Suite 200
Tampa, FL 33614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/20/13

s/ [signature]

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Carissa McConnell | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 8:13-CV-2055-T-33EAJ |
| Swift Funds, LLC et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marie Anne Petree
3432 Palo Vista Drive
Ranco Palos Verdes, CA 90275-6158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James S. Giardina, Esq.
The Consumer Rights Law Group
3104 West Waters Avenue
Suite 200
Tampa, FL 33614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/20/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Carissa McConnell <br><br> *Plaintiff* <br> v. <br> Swift Funds, LLC et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 8:13-CV-2055-T-33EAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Swiftfunds Financial Services LLC
c/o Registered Agent: Legalzoom.com, Inc.
100 W. Broadway, Ste. 100
Glendale, CA 91210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James S. Giardina, Esq.
The Consumer Rights Law Group
3104 West Waters Avenue
Suite 200
Tampa, FL 33614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/20/2013

*Signature of Clerk or Deputy Clerk*